

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00164-CR

Leandre V. **HILL**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR10328
Honorable Ron Rangel, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to August 24, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

cc:
Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

Richard B. Dulany Jr.
Bexar County Public Defender's Office
Paul Elizondo Tower
101 W. Nueva St., Suite 370
San Antonio, TX 78205